SEALED

**FILED**

JUL 1 9 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEALED                              )
                                    )
                                    )   ORDER 12mj 0191 EFB
                                    )
                                    )
_____)

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order of the Court.

DATED: 7-17-2012

_____
EDMUND F. BRENNAN
United States Magistrate Judge

3