DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANGEL ARTURO VARGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:12-cr-00275-MCE |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER EXCLUDING TIME |
| ANGEL ARTURO VARGAS, | |
| Defendant. | DATE: December 6, 2012<br>TIME: 9:00 a.m.<br>JUDGE: Morrison C. England, Jr. |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for status conference on October 25, 2012.

2.   By this stipulation, defendant now moves to continue the status conference until December 6, 2012 and to exclude time between October 22, 2012 and December 6, 2012 under Local Code T4.  Plaintiff does not oppose this request.

3.   The parties agree and stipulate, and request that the Court find the following:

     a.   Discovery has been produced directly to counsel and/or made available for inspection and copying.

     b.   Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, and to discuss potential resolutions with his client.

     c.   Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     d.   The government does not object to the continuance.

     e.   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     f.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 22, 2012 to December 6, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: October 22, 2012                    DANIEL J. BRODERICK
                                           Federal Defender


                                           /s/ Benjamin D. Galloway
                                           BENJAMIN D. GALLOWAY
                                           Counsel for Defendant
                                           ANGEL ARTURO VARGAS



DATED:  October 22, 2012                   BENJAMIN B. WAGNER
                                           United States Attorney


                                           /s/ Benjamin D. Galloway for
                                           MICHAEL McCOY
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff



**O R D E R**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.  The status conference previously set for October 25, 2012 is rescheduled for December 6, 2012 at 9:00 a.m.

Dated: October 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation/Order                          3