DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANGEL ARTURO VARGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:12-cr-00275-MCE |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE STATUS |
| v. ) | CONFERENCE; ORDER EXCLUDING TIME |
| ANGEL ARTURO VARGAS, ) | |
| ) | DATE: January 24, 2013 |
| Defendant. ) | TIME: 9:00 a.m. |
| ) | JUDGE: Morrison C. England, Jr. |
| _____ ) | |

　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

　　　1.　By previous order, this matter was set for status conference on December 6, 2012.

　　　2.　By this stipulation, defendant now moves to continue the status conference until January 24, 2013 and to exclude time between December 6, 2012 and January 24, 2013 under Local Code T4.  Plaintiff does not oppose this request.

　　　3.　The parties agree and stipulate, and request that the Court find the following:

     a.   Discovery has been produced directly to counsel and/or made available for inspection and copying.

     b.   Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, and to discuss potential resolutions with his client.

     c.   Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     d.   The government does not object to the continuance.

     e.   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     f.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 6, 2012 to January 24, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that

///

///

1  additional time periods are excludable from the period within which a
2  trial must commence.
3  IT IS SO STIPULATED.
4  DATED:  November 29, 2012          DANIEL J. BRODERICK
                                      Federal Defender
5
6                                     /s/ Benjamin D. Galloway
                                      BENJAMIN D. GALLOWAY
7                                     Counsel for Defendant
                                      ANGEL ARTURO VARGAS
8
9
10 DATED:  November 29, 2012          BENJAMIN B. WAGNER
                                      United States Attorney
11
12                                    /s/ Benjamin D. Galloway for
                                      MICHAEL McCOY
13                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff
14
15
16                        **O R D E R**

17     IT IS SO FOUND AND ORDERED.  The status conference currently set
18 for December 6, 2012, is **continued to January 24, 2013, at 9 a.m.**  The
19 time period between  December 6, 2012 and January 24, 2013 is excluded
20 under Local Code T4.
21
22  Dated: December 5, 2012
23
24                                    _____
                                      MORRISON C. ENGLAND, JR.
25                                    UNITED STATES DISTRICT JUDGE
26
27
28