JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANGEL ARTURO VARGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:12-cr-00275 MCE |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER EXCLUDING TIME |
| ANGEL ARTURO VARGAS, | |
| Defendant. | DATE: February 21, 2013<br>TIME: 9:00 a.m.<br>JUDGE: Morrison C. England, Jr. |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on January 24, 2013.

2. By this stipulation, defendant now moves to continue the status conference until February 21, 2013 and to exclude time between January 24, 2013 and February 21, 2013 under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a.   Discovery has been produced directly to counsel and/or made available for inspection and copying.

    b.   Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, and to discuss potential resolutions with his client.

    c.   Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.   The government does not object to the continuance.

    e.   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 24, 2013 to February 21, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

   4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

1 | IT IS SO STIPULATED.

2 | DATED:  January 17, 2013          JOSEPH SCHLESINGER
                                      Acting Federal Defender

3 |

4 |                                   /s/ Benjamin D. Galloway
                                      BENJAMIN D. GALLOWAY
5 |                                   Counsel for Defendant
                                      ANGEL ARTURO VARGAS
6 |

7 |

8 | DATED:  January 17, 2013          BENJAMIN B. WAGNER
                                      United States Attorney
9 |

10 |                                  /s/ Benjamin D. Galloway for
                                      MICHAEL McCOY
11 |                                  Assistant U.S. Attorney
                                      Attorney for Plaintiff
12 |

13 |

14 |                                **O R D E R**

15 |
    Dated: January 23, 2013
16 |

17 |                                  _____
18 |                                  MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                      UNITED STATES DISTRICT JUDGE

Stipulation/Order                     3